**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

LEVIETA DOSTER,
    Plaintiff,

vs.

Case No. 5:10cv50-MCR/WCS

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,
    Defendant.
    _____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation. (Doc. 19). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

    Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2. Defendant's motion for entry of judgment and remand, doc. 18, is GRANTED and the Clerk shall enter final judgment REVERSING the Commissioner's decision to deny benefits and REMAND the application to the Commissioner for rehearing pursuant to sentence four of 42 U.S.C. § 405(g) for the purposes stated in the motion.

    **DONE AND ORDERED** this 10th day of November, 2010.

                        *s/ M. Casey Rodgers*
                        **M. CASEY RODGERS
                        UNITED STATES DISTRICT JUDGE**