**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**LE'VIETA DOSTER,**

    Plaintiff,

vs.                                         Case No. 5:10cv50-MCR/WCS

**MICHAEL J. ASTRUE,
Commissioner of Social Security,**

    Defendant.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation. (Doc. 25). The Plaintiff has previously been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a de novo determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's Petition for attorney's fees (doc. 22) is **GRANTED** and the Secretary shall certify and pay to Plaintiff $3,990.00 as a reasonable attorney and paralegal fee.

**DONE AND ORDERED** this 18th day of January, 2011.

                                                    *s/ M. Casey Rodgers*
                                                **M. CASEY RODGERS
                                               UNITED STATES DISTRICT JUDGE**